UNITED STATES of America,
Plaintiff–Appellee,

v.

Gerardo MENDOZA–AGUILAR, also known as Gerardo Aguilar–Guzman, Defendant–Appellant.

No. 03–41286.

Conference Calendar

United States Court of Appeals,
Fifth Circuit.

April 21, 2004.

Mitchel Neurock, US Attorney's Office, Laredo, TX, James Lee Turner, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Darrell L. Bryan, Molly E. Odom, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM.*

Gerardo Mendoza–Aguilar ("Mendoza") appeals his guilty-plea conviction for illegal

re-entry following deportation. Mendoza argues that 8 U.S.C. § 1326(b) is unconstitutional in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Mendoza argues that, after *Apprendi,* it is apparent that a majority of the Supreme Court now feels that *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), was incorrectly decided. He acknowledges that his argument is foreclosed by circuit precedent, but he raises this issue to preserve it for possible review by the Supreme Court. *Apprendi* did not overrule *Almendarez–Torres. See Apprendi,* 530 U.S. at 489–90; *see also United States v. Dabeit,* 231 F.3d 979, 984 (5th Cir.2000). Therefore, Mendoza's argument is foreclosed.

AFFIRMED.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Ismael AGUILAR, Defendant–Appellant.

No. 03–41317.

Conference Calendar

United States Court of Appeals,
Fifth Circuit.

April 21, 2004.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

James Lee Turner, Assistant US Attorney, US Attorney's Office, Houston, TX, Mark Michael Dowd, US Attorney's Office, Brownsville, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Sandra Zamora Zayas, Assistant, Molly E. Odom, Federal Public Defender, Houston, TX, for Defendant–Appellant.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM.*

